UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BARNETT, <br>     Plaintiff, <br> v. <br> XAVIER BECERRA, et al., <br>     Defendants. | Case No. 17-cv-05514-SI <br><br> **JUDGMENT** |

This action is dismissed for failure to state a claim. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 26, 2018

_____
SUSAN ILLSTON
United States District Judge